**Bruce E. Robinson, Trustee**
P.O. Box 538
417 E. Atlantic Street
South Hill, VA 23970
Telephone: (434) 447-7922

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:  WILLIAM ANDREW KARO,                Case No. 13-33011-KRH

                                             Chapter 7

                Debtor.

### ORDER TO EMPLOY KUTAK ROCK LLP
### AS SPECIAL COUNSEL FOR BRUCE E. ROBINSON, TRUSTEE

      This matter comes before the Court upon the application of Bruce E. Robinson, Trustee for the Bankruptcy Estate of William Andrew Karo ("Trustee"), for an Order employing the law firm of Kutak Rock LLP ("Kutak Rock") to serve as counsel for the Trustee pursuant to 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Application"), and

      It appearing that the Trustee requires counsel to represent him in connection with his duty to administer the bankruptcy estate, that the Trustee seeks to employ Kutak Rock based on its experience and expertise in handling bankruptcy matters, and that good cause exists to grant the relief herein, it is hereby

      **ORDERED, ADJUDGED AND DECREED THAT:**

      1.      The Application is hereby approved.

      2.      The employment of Kutak Rock as counsel for the Trustee is hereby approved.

      3.      Kutak Rock shall be compensated in accordance with 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and subject to the approval of the Court.

DATED: __Dec 20 2013__                    /s/ Kevin R. Huennekens
                                          _____
                                          UNITED STATES BANKRUPTCY COURT JUDGE

                              Entered    Dec 20 2013

I ask for this:


/s/ Bruce E. Robinson_____
Bruce E. Robinson, Trustee (VSB No. 18254)
P.O. Box 538
417 E. Atlantic Street
South Hill, Virginia 23970
(434) 447-7922


Seen and no objection:


/s/Robert Van Arsdale (w/permission via email)
Robert Van Arsdale, Esquire
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

## CERTIFICATION OF ENDORSEMENT

Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that all necessary parties have endorsed this Order.


                              /s/Bruce E. Robinson_____
                                          Trustee

2

## SERVICE LIST

Charles H. Krumbein
Krumbein Consumer Legal Services, Inc.

1650 Willow Lawn Dr., Suite 300
Richmond, VA 23230

Bruce E. Robinson
P.O. Box 538
417 E. Atlantic Street
South Hill, VA 23970-0538

Robert Van Arsdale, Esquire
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Loc Pfeiffer, Esquire
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500