**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:  William Andrew Karo                                   Case No.  13-33011-KRH
                                                              Chapter 7

**NOTICE OF APPEARANCE**

The undersigned counsel hereby notes his appearance on behalf of Page S. Karo, a party in interest herein, and requests that copies of all notices and papers in this case, including any notices required to be served under Bankruptcy Rule 2002, be served on the following person at the address indicated below:

Robert A. Canfield, Esquire
CANFIELD, BAER & HELLER LLP
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230

PAGE S. KARO

By: /s/ Robert A. Canfield
    Counsel

Robert A. Canfield, VSB 16901
Canfield, Baer & Heller, LLP
2201 Libbie Avenue, Suite 200
Richmond, VA 23230
☎ 804-673-6600
🖷 804-673-6604
*Counsel for Page S. Karo*

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd of January, 2014 a copy of the foregoing Notice was either electronically transmitted and/or mailed by regular mail, postage prepaid to all necessary parties:

Loc Pfeiffer
Kutak Rock LLP
1111 East main Street, Ste. 800
Richmond, VA 23219

/s/ Robert A. Canfield
Robert A. Canfield