**KUTAK ROCK LLP**
Loc Pfeiffer, VSB #39632
Alison W. Feehan, VSB #35225
1111 East Main Street, Suite 800
Richmond, Virginia 23219
804-644-1700
Loc.Pfeiffer@KutakRock.com
Alison.feehan@kutakrock.com
*Counsel for Bruce Robinson, Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

IN RE:  WILLIAM ANDREW KARO,                    Case No. 13-33011
                                                 Chapter 7
                    Debtor.

### NOTICE OF HEARINGS

PLEASE TAKE NOTICE THAT two hearings have been scheduled to consider *Motion for Sanctions for Failure to Comply with Order Requiring Production of Documentary Evidence, Motion to Compel Debtor's Prior Counsel to Comply with Subpoenas and 11 U.S.C. §542(e), and Motion to Examine Prior Counsel Pursuant to Rule 2004* (the "Motion") filed by Bruce Robinson, the Chapter 7 Trustee.

The Court will conduct a hearing on **August 26, 2014 at 10:00 a.m.** to consider the Motion as to William Andrew Karo, the Chapter 7 debtor (the "Debtor").

As to the remaining parties affected by the Motion – Page Karo (the Debtor's wife), Bowles Affiliates P.C. (formerly known as Bowles & Whitehead, P.C.) and Canfield, Baer & Heller, LLP (formerly known as Canfield Baer LLP) – the hearing shall be conducted **September 3, 2014 at 2:00 p.m.**

Both hearings will be conducted before the Honorable Kevin R. Huennekens, United States Bankruptcy Court, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

4852-5236-2524.1

**BRUCE ROBINSON, TRUSTEE**

/s/ Alison Feehan

**KUTAK ROCK LLP**
Loc Pfeiffer, VSB #39632
Alison W. Feehan, VSB #35225
1111 East Main Street, Suite 800
Richmond, Virginia 23219
804-644-1700
Loc.Pfeiffer@KutakRock.com
Alison.feehan@kutakrock.com
*Counsel for Bruce Robinson, Trustee*

**CERTIFICATE OF SERVICE**

   Pursuant to the Local Rules of this Court, I certify under penalty of perjury that a copy of this document was served by regular mail and/or via ECF on July 28, 2014 as follows:

William A. Karo (via regular mail)
430 North Parham Road
Henrico, VA 23229

Page S. Karo (via regular mail)
430 North Parham Road
Henrico, VA 23229

Charles A. Krumbein, Esquire (via ECF)
*Counsel for William A. Karo*

Robert A. Canfield, Esquire (via ECF)
*Counsel for Page S. Karo*

Churchill G. Bowles, Esquire (via regular mail)
P.O. Box 12085
Richmond, VA 23241

William D. Bayliss, Esquire (via regular mail)
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219

/s/ Alison Feehan
Counsel

4852-5236-2524.1