UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| William Andrew Karo | ) | Case No.   13-33011 |
| | ) | |
| Debtors | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE that **W. R. Baldwin, III** and Marchant, Thorsen, Honey, Baldwin & Meyer, LLP enter their appearance herein under Fed. R. Bankr. P. 2002 and 9010(b) and Local Rules 2002-1 and 9010-1, on behalf of **Canfield, Baer & Heller, LLP**, party in interest herein, and request under Fed. R. Bankr. P. 2002 and 9007, that all notices and other papers given or required or permitted to be given and/or served be given to and served upon the undersigned.

                      Canfield, Baer & Heller, LLP
                      c/o W. R. Baldwin, III, Esq.
                      Marchant, Thorsen, Honey, Baldwin & Meyer, LLP
                      5600 Grove Avenue
                      Richmond, VA  23226

                      Telephone:  (804) 285-3888

                      email:  billbaldwin@comcast.net
                              billbaldwin@mthblaw.com

Dated: August 10, 2014                    CANFIELD, BAER & HELLER, LLP

                                        By:    /s/ W. R. Baldwin, III
                                               Of Counsel

W. R. Baldwin, III (VSB #16988)
Marchant, Thorsen, Honey, Baldwin & Meyer, LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3338
Fax:    (804) 285-7779
Counsel for Canfield, Baer & Heller, LLP

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing pleading was served by the ECF procedures of this Court on all parties subject to such procedures on August 10, 2014

                                                    /s/ W. R. Baldwin, III