**KUTAK ROCK LLP**
Loc Pfeiffer, VSB #39632
Alison W. Feehan, VSB #35225
1111 East Main Street, Suite 800
Richmond, Virginia 23219
804-644-1700
loc.pfeiffer@kutakrock.com
alison.feehan@kutakrock.com
*Special Counsel for Bruce Robinson, Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  WILLIAM ANDREW KARO,                        Case No. 13-33011
                                                     Chapter 7
                   Debtor.

**ORDER GRANTING TRUSTEE'S MOTION FOR SANCTIONS FOR
FAILURE TO COMPLY WITH ORDER REQUIRING PRODUCTION OF
DOCUMENTARY EVIDENCE AS TO THE DEBTOR**

THIS MATTER comes before the Court upon the Trustee's *Motion for Sanctions for Failure to Comply with Order Requiring Production of Documentary Evidence* (as to William A. Karo, the Chapter 7 Debtor only) (the "Motion") filed by Bruce Robinson (the "Trustee"), Trustee for the Bankruptcy Estate of the Debtor and the *Objection to the Entry of Order for 2004 and Sanctions* filed by the Debtor (the "Objection").  Upon consideration of the pleadings and the argument of counsel, **IT IS ORDERED, ADJUDGED AND DECREED THAT**:

1.  The Motion is hereby GRANTED as to the Debtor.

2.  The Debtor shall immediately obtain all documents (e-mails included) identified in Schedule A of the Court's April 4, 2014 Order from any and all third parties, including current and former agents, representatives, attorneys, accountants, financial institutions and financial advisors

including specifically and without limitation Bowles Affiliates, P.C., Canfield Baer & Heller, LLP, Brian Keller (accountant), Wells Fargo Bank, SunTrust Bank and Page Karo (the "Documents").

3. The Debtor shall produce the Documents to counsel for the Trustee at the law offices of Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219 no later than **September 5, 2014**. Production by the Debtor to the Trustee shall not, in and of itself, waive the attorney-client privilege, if otherwise applicable.

4. The Debtor shall amend his bankruptcy schedules to list all property of the Debtor of whatever kind, including without limitation items of personal property disclosed during the Debtor's 341 hearing.

5. A final evidentiary hearing as to sanctions will be held on **October 6, 2014 at 11:00 a.m.** before the Honorable Kevin R. Huennekens, United States Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

6. The Clerk shall serve copies of this Order to counsel for the Trustee and the parties on the Certificate of Service.

ENTERED:  Sep 2 2014

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY COURT JUDGE

Entered on Docket:  Sep 3 2014

Order submitted by:

/s/ Alison W. Feehan
**KUTAK ROCK LLP**
Loc Pfeiffer, VSB #39632
Alison W. Feehan, VSB #35225
1111 East Main Street, Suite 800
Richmond, Virginia 23219
804-644-1700
loc.pfeiffer@kutakrock.com
alison.feehan@kutakrock.com
*Special Counsel for Bruce Robinson, Trustee*

## **CERTIFICATE OF SERVICE**

      Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on August 27, 2014 a true and correct copy of the foregoing was served on all necessary parties via email or first-class mail, postage prepaid, as follows:

William A. Karo
430 North Parham Road
Henrico, VA  23229

Page S. Karo
430 North Parham Road
Henrico, VA  23229

Charles A. Krumbein, Esquire
(via ECF)
Counsel for William A. Karo

William R. Baldwin, III, Esquire
(via ECF)
Counsel for Page S. Karo and Canfield, Baer & Heller, LLP

William D. Bayliss, Esquire
(via e-mail)
Counsel for Bowles Affiliates P.C.

                                        /s/ Alison W. Feehan
                                        Counsel