**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
Jeremy S. Williams (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
804-644-1700
  *Counsel for Bruce E. Robinson, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE:  WILLIAM ANDREW KARO, | Case No. 13-33011 |
| | Chapter 7 |
| Debtor. | |

## NOTICE OF MOTION TO APPROVE
## COMPROMISE WITH PAGE KARO AND W.A.K., II

**PLEASE TAKE NOTICE** that Bruce E. Robinson, (the "Trustee"), Trustee for the Bankruptcy Estate of William Andrew Karo, (the "Debtor"), by counsel, has filed a *Motion to Approve Compromise with Page Karo and W.A.K., II* (the "Motion"). The Motion is on file in the office of the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, United States Courthouse, 701 East Broad Street, Richmond, Virginia and may be reviewed by any party in interest during normal business hours. You may also review the Motion via the Internet at http://vaeb.uscourts.gov or by contacting the attorney below.

The Trustee seeks to compromise a claim he has against Page Karo and her son, known as "WAK" (collectively "Defendants"). The claim relates to a disclaimer executed by the Debtor in which the Debtor attempted to transfer his interest in a family trust to WAK. The Trust was liquidated and approximately $458,237.40 was deposited into accounts controlled by Defendants; however, most of the funds have been spent. The Trustee has engaged in in-depth fact finding to determine the likelihood of a recovery against Page Karo and WAK. After extensive negotiations, the parties reached a compromise in which the Trustee agrees to accept $50,000.00 in full and final settlement of any and all claims by the Trustee against Defendants (the "Settlement").

In exercising his business judgment, the Trustee believes the Settlement is fair and equitable and in the best interest of the Debtor's bankruptcy estate and creditors. Based on the existing case law and the unique circumstances, it is uncertain how the Court would resolve the dispute. Further, a substantial portion of the funds were spent and there is little prospect of a further recovery from the Defendants. The Settlement was reached after analysis of pending issues, conducting significant research and due diligence, back and forth negotiations between the Trustee and the Defendants, and after taking into consideration the time, expense and risk of fully litigating these matters before the Court. The unique circumstances underlying the dispute and intersecting legal issues make the litigation more complex. The Settlement with the Defendants is reasonable because it allows the Trustee to obtain a guaranteed recovery without delay and avoids the potentially large administrative expenses of litigation.

4812-2684-5994.2

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).** If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you or your attorney must:

1. File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 9013-1 *within 21 days of the filing of the Motion.*

>Clerk of the Court
>United States Bankruptcy Court
>701 East Broad Street
>Richmond, VA 23219

2. You must also mail a copy to:

>Jeremy S. Williams, Esquire
>Kutak Rock LLP
>1111 East Main Street, Suite 800
>Richmond, VA 23219

3. No hearing has been set on this matter. If an objection is filed, a hearing will be scheduled and you will receive notice of such hearing. In addition to filing a written objection to the motion you must attend the hearing. If you fail to file timely a written response and to attend the hearing, the Court may consider any objection you may have waived and enter an Order granting the relief requested in the motion.

>**BRUCE E. ROBINSON, TRUSTEE**
>
>By: /s/ Jeremy S. Williams
>        Counsel

**KUTAK ROCK LLP**
Loc Pfeiffer (VSB No. 39632)
Jeremy S. Williams (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
804-644-1700
  *Counsel for Bruce E. Robinson, Trustee*

4812-2684-5994.2

## **CERTIFICATE OF SERVICE**

  I certify under penalty of perjury that on November 11, 2015, a true and exact copy of the foregoing document was forwarded to all necessary parties via the Court's ECF system or by first class mail, postage prepaid, on all parties on the attached service list, and to:

*U.S. Trustee's Office*
Shannon Pecoraro
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Email: Shannon.pecoraro@usdoj.gov

*Counsel to the Debtor*
Charles H. Krumbein
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Dr.
Suite 300
Richmond, VA 23230
Email: charlesh@krumbein.com

*Counsel to the Defendants*
William R. Baldwin, III
Thorsen, Honey, Baldwin & Meyer LLP
5600 Grove Avenue
Richmond, Virginia 23226
Email:  billbaldwin@mthblaw.com

                  /s/ Jeremy S. Williams
                      Counsel

## SERVICE LIST

Bank of America
ATTN: NC4105-03-14
PO Box 26012
Greensboro, NC 27420-6012

Wells Fargo Bank, NA
PO Box 10438
MAC: X2505-036
Des Moines, IA 50306

Bankers Life & Casualty
10800 Midlothian Turnpike
Richmond, VA 23235

Wells Fargo Bank
PO Box 60510
Los Angeles, CA 90060

Bruce E. Robinson
PO Box 538
415 E. Atlantic Street
South Hill, VA 23970

Wells Fargo Financial, Inc.
4143 121st Street
Urbandale, IA 50323

Caine & Wiener
21210 Erwin Street
Woodland Hills, CA 91367

Wells Fargo Home Mortgage, Inc.
MAC: X2302-04C
One Home Campus
Des Moines, IA 50328

Comcast Communications
PO Box 3006
Southeastern, PA 19398

Westwood Pharmacy
5823 Patterson Avenue
Richmond, VA 23226

Credit Protection Assoc.
ATTN: Bankruptcy
PO Box 802068
Dallas, TX 75380

Judy A. Robbins
Office of the US Trustee – Region 4-R
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Online Collections
PO Box 1489
Winterville, NC 28590

Stuart Allan & Assoc.
5447 E. 5th Street
Suite 110
Tucson, AZ 85711

4812-2684-5994.2