**KUTAK ROCK LLP**
Loc Pfeiffer, VSB #39632
Riverfront Plaza
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-3500
Telephone: (804) 644-1700
Loc.Pfeiffer@KutakRock.com
*Counsel for Bruce Robinson, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN RE:

WILLIAM ANDREW KARO,                              Case No. 13-33011-KRH

    Debtor.                                              Chapter 7

### ORDER APPROVING KUTAK ROCK LLP'S FIRST AND FINAL
### APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

THIS MATTER came before the Court for a hearing on June 26, 2019 upon *Kutak Rock LLP's First and Final Application for Compensation and Reimbursement of Expenses* (the "Application") pursuant to 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure; and it appearing that Kutak Rock LLP ("Kutak Rock") was properly employed as counsel for the Trustee, the professional services rendered by Kutak Rock were beneficial to the bankruptcy estate, that the fees and expenses are actual and necessary to the proper administration of the estate; and it further appearing that Kutak Rock provided proper notice of the Application to all creditors and parties in interest, that no response or objection was filed to the Application, and for good cause shown, it is **ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is APPROVED.

2. The Trustee is hereby AUTHORIZED to pay Kutak Rock $150,219.50 as compensation and $4,441.76 for expenses.

3. No further service of this Order is required as all necessary parties shall receive service via CM/ECF.

Dated: Jul 3 2019

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Jul 3 2019

WE ASK FOR THIS:

/s/ Loc Pfeiffer
**KUTAK ROCK LLP**
Loc Pfeiffer, VSB 39632
Riverfront Plaza
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-3500
Telephone:    (804) 644-1700
loc.pfeiffer@kutakrock.com
*Counsel for Bruce E. Robinson, Chapter 7 Trustee*

**Seen and Not Objected to:**

/s/ Robert B. Van Arsdale
Robert B. Van Arsdale, Esq.
Shannon Pecoraro, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Telephone: (804) 771-2310
*Office of the United States Trustee*

## CERTIFICATION OF ENDORSEMENT

Pursuant to the Local Bankruptcy Rules, I hereby certify that the foregoing proposed order has been endorsed by all necessary parties.

/s/  Loc Pfeiffer